AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 2 6 2020

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 5.20 mJ·5008-00 1 |
| | ) |
| | ) |
| Derek Michael Caquelin | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___2-8-19 - 3-29-20 and 7-16-19___ in the county of ___Washington County___ in the

___Western___ District of ___Arkansas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a)(1) | Distribution of Marijuana |
| Title 18 U.S.C. Section 875(c) | Interstate Communications - Threat to Injure |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA George Handey
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/26/2020

_____
*Judge's signature*

City and state: ___Fayetteville, AR___

Erin L. Wiedemann, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, George Handey, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been since July 2018. I am currently assigned to the Fayetteville Resident Agency. As part of my duties as an FBI agent, I investigate national security matters related to domestic and international terrorism. I have received basic training at the FBI Academy in Quantico, Virginia regarding venues, internet platforms, and social media that individuals utilize to engage in domestic and international terrorism activity.

2. During my career as a Special Agent, I have been involved in a variety of investigative matters, including international and domestic terrorism matters. During the course of these investigations, I have assisted with Title III wire intercept affidavits as part of drug trafficking investigations, participated in the execution of search and arrest warrants, conducted physical surveillance, participated in controlled meetings with confidential sources, and communicated with other local and federal law enforcement officers regarding the manner in which those engaged in domestic terror activities conduct their business.

3. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

4. Except as otherwise noted, the statements contained in this affidavit are based in part on information provided by law enforcement officers and my experience as an FBI Special Agent. Unless otherwise noted, wherever in this affidavit I assert a statement was made or the information was provided by another law enforcement officer, the officer in question

may have direct or hearsay knowledge of the subject matter of the statement. I have not set forth all of the facts uncovered during this investigation in preparing this affidavit.

5. I make this affidavit in support of a criminal complaint concerning federal felony offenses enumerated in Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 875(c), Distribution of a Controlled Substance and Interstate Communications – Threat to Injure, respectively.

## FACTS ESTABLISHING PROBABLE CAUSE

6. On or about February 4, 2020, information was received by the FBI from the Fayetteville Police Department concerning a Facebook post on Derek Michael Caquelin's Facebook page. Law enforcement determined that on or about January 23, 2020, Derek Michael Caquelin (UID: 1229791416) posted the following statement on his Facebook page: "eliminate the cops by any means necessary." The Facebook post contained a link to an article associated with www.nwahomepage.com entitled "The Fayetteville Police Department asked the City Council for new police vehicles." Caquelin followed this link with a post that stated, "Damn check that Spartan helmet with the amerikkkan flag? These are certified gangsters yall. Fuck a 3 percenter fuck an alt right dumbass. ELIMINATE THE COPS BY ANY MEANS NECESSARY. IF YOU OFFENDED PULL ME OUT OF THE CARR THEN." On or about February 4, 2020, a request was sent to Facebook regarding the Facebook posts by Derek Michael Caquelin (UID: 1229791416). This request was followed up with a federal search warrant, authorized on April 2, 2020. All documents related to this search warrant are filed under seal in case 5:20CM31, in the Western District of Arkansas, Fayetteville Division. On April 20, 2020, Facebook, Inc, provided the records and information requested in the search warrant. I have reviewed the

data received from Facebook concerning Derek Michael Caquelin's Facebook account with user id (UID: 1229791416). The following paragraphs contain posts made by Caquelin on his Facebook Page, statements made by Caquelin in Facebook Messenger during conversations with other Facebook users, and statements made by Caquelin using his Facebook user id to post content and comments on pages associated with other Facebook users that give rise to probable cause to believe Caquelin has committed the offenses of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 875(c), Distribution of Controlled Substance and Interstate Communications (Threats).

### Distribution of a Controlled Substance

7. On or about February 8, 2019, Caquelin was arrested with a controlled substance and a firearm in Fayetteville, Arkansas. The arrest occurred after the Fayetteville Police Department received a 911 call regarding an assault/battery at 1800 N. Gregg Avenue, Apartment 7, Fayetteville, Arkansas 72703. Upon arrival to 1800 N. Gregg Avenue, a police officer searched Caquelin for weapons. The police officer recovered a .25 Titan FIE handgun with six rounds and marijuana. Caquelin was arrested for possession of a controlled substance. The marijuana was located on Caquelin's person and found in a black bag. This arrest, with associated case number CR 19-1010 is under advisement and under seal in the Washington County District Court.[1]

8. On or about May 14, 2019, Caquelin, using Facebook Messenger, sent the below photograph:

---

[1] The Affiant was unable to obtain any other information about the case, and was told that additional information could only be released to the subject.



Caquelin then stated, using Facebook Messenger, to Individual, 3 that, "Damn this is a lot of evidence :(. Tbh i don't wanna do this ever again fam. I always give you the right amount and i don't wanna get myself in trouble :(." Later, in this same conversation, Caquelin advised Individual 3 that he would be driving his white Kia to meet Individual 3 in order to distribute the marijuana to Individual 3. Additionally, in a separate conversation on January 4, 2020, Caquelin again communicated with Individual 3 about distributing marijuana to Individual 3, and in this conversation, Caquelin stated, "I smoked some when I got it."

9. On or about May 9, 2019, Caquelin, using Facebook Messenger, communicated with Individual 4 that, "Ok ill give u 1 of these blunts for 45 and the painkillers same as last time 6 for 20."

10. On or about October 31, 2019, Caquelin, using Facebook Messenger, told Individual 2 that, "I waa tryna reup."

11. On or about November 22, 2019, Caquelin, using Facebook Messenger, told Individual 2, "I sell weed haha. Have for about 5 years now."

12. On or about March 27, 2020, Caquelin communicated on Facebook Messenger with Individual 1 regarding his address and stated, "1800 n gregg ave apt 7 look for the purple light and my white

kia optima." This conversation is in reference to Caquelin distributing marijuana to Individual 1 who is coming to Caquelin's apartment to purchase the marijuana from him.

13. On or about March 29, 2020, Caquelin communicated on Facebook Messenger with Individual 2 that, "the jars in the counter are arranged by price. Left to right. 10 a g to 20 a g. The maui is in the one on the right. It's the top strain so pull out that top and show him. There might be enough for a zip."

14. Based on my training and experience as well as the investigation in this matter up to this point, I believe that the above paragraphs show that Derek Michael Caquelin is and has been actively distributing a controlled substance, namely marijuana, a schedule I controlled substance in the Western District of Arkansas. At all times relevant to this complaint, Caquelin has resided in Fayetteville, Arkansas. The Facebook records, and other investigative records that I have reviewed during the course of this investigation show that Caquelin distributes marijuana to his customers by having them come to his apartment on Gregg Avenue in the Western District of Arkansas, and by also meeting customers at various locations in and around the Fayetteville area.

**Interstate Communications –Threat to Injure**

15. On or about June 19, 2019, Caquelin, using Facebook Messenger, communicated with Individual 5, "I might start a coup and assasinate some of them ice folks." Also on this date, Caquelin posted the following picture:



16. On or about July 16, 2019, Jane Doe 1 called law enforcement to report a death threat made against her daughter, Jane Doe 2, by Derek Michael Caquelin. Jane Doe 2 was recently hired to work on a presidential campaign for a then presidential candidate. Caquelin posted the following response to Jane Doe 2 on Facebook, "Damn, look at this political star baby. So proud of working for a mass incarcerator. What a fucking bitch. For the people, for the underground, I'm going to assasinate her

because she works for the enemy." Caquelin's post was in response to a post by Jane Doe 2 about her new job on the campaign and in response to a post about the job by Jane Doe 2's friend on Jane Doe 2's Facebook page.

17. On July 18, 2019, law enforcement made contact with Caquelin at his apartment in Fayetteville, Arkansas about this post. He admitted he made the post but denied that he intended to kill Jane Doe 2. At the time he posted the above comments, Caquelin was in the Western District of Arkansas.

## CONCLUSION

18. Based upon the information contained above, the Affiant requests a Complaint for the following: Distribution of Marijuana, in violation of Title 21, United States Code, Section 841(a)(1), and Interstate Communications – Threat to Injure, in violation of Title 18, United States Code 875(c).

Special Agent George Hardey
Federal Bureau of Investigation

AFFIDAVIT subscribed and sworn to before me this __26th__ day of May, 2020.

Honorable Erin L. Wiedemann
Chief United States Magistrate Judge